UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORENZO GINO SANDOVAL,

    Plaintiff,

  v.

WAYNE RODSIDE,

    Defendant.

Case No. C99-5022FDB

ORDER FINDING MOTION MOOT

Plaintiff brings this motion to enforce the terms of the stipulated settlement agreement, specifically that portion where the State agreed to write off all debt owed by the Plaintiff to the Washington Department of Corrections as of February 21, 2001, in the approximate amount of $3,586.65.

Apparently, the matter has now been resolved. According to the Declaration of Daniel M. Lewis, Trust Accounting Manager, n 2001, the only way that the Department of Corrections had of "writing off" a debt was to permanently suspend collection of the debt, which was effected as to Plaintiff's account. In response to Plaintiff's 2006 grievance, DOC Trust Account Manger Lewis wrote off the debt at issue in DOC's computerized banking system on November 6, 2006 since it now has the ability to do so; the total debt written off was $3,604.86. Therefore, this matter now

ORDER - 1

appears to be moot, as the debt has been written off in the DOC records and Plaintiff has the relief he requested.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion To Enforce The Terms of The Stipulated Settlement Agreement [Dkt. # 255] is found to be MOOT.

DATED this 8th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2